UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDWARD JOSE,<br><br>                              Plaintiff,<br>    v.<br>STATE OF NEVADA, *et al.*,<br>                            Defendants. | Case No. 3:18-cv-00177-MMD-CBC<br><br>ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE CARLA B. CARRY |

Before the Court is the Report and Recommendation of United States Magistrate Judge Carla B. Carry (ECF No. 5) ("R&R") regarding Plaintiff's *pro se* complaint ("Complaint") (ECF No. 1-1). Plaintiff had until February 21, 2019, to file an objection. (ECF No. 5.) However, on February 25, 2019, the Court received a returned mail and noted that the document that was sent to Plaintiff at his address on record was not a copy of the R&R and a copy was then sent to his address on record. (ECF Nos. 6, 7.) The Court extended the deadline to March 11, 2019, for Plaintiff to file an objection. (ECF No. 7.) To date, Plaintiff has not filed an objection to the R&R. The Court accepts and adopts the R&R in full.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United*

*States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review to determine whether to adopt Magistrate Judge Carry's R&R. Upon reviewing the R&R and underlying documents, this Court finds good cause to accept and adopt the R&R in full.

In the R&R, Judge Carry recommends dismissing Plaintiff's Complaint because of Plaintiff's failure to comply with a Court order. (ECF No. 5.) On October 30, 2018, the Court ordered that Plaintiff either pay the filing fee for his lawsuit or apply to proceed *in forma pauperis* by November 29, 2018. (ECF No. 4.) To date, Plaintiff has neither complied with nor responded to the Court's order. Accordingly, the Court accepts and adopts Judge Carry's recommendation that this action be dismissed. *See, e.g.*, *Thompson v. Hous. Auth. of City of L. A.*, 782 F.2d 829, 831 (9th Cir. 1986) (recognizing that district courts have the inherent power to control their dockets and "[i]n the exercise of that power, they may impose sanctions including, where appropriate . . . dismissal" of a case); *Malone v. U.S. Postal Serv.*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissing case for failure to comply with court order).

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge Carla B. Carry (ECF No. 5) is accepted and adopted in its entirety.

It is further ordered that the Complaint (ECF No. 1-1) is dismissed without prejudice.

///

///

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 19th day of March 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE